UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

RICHARD RASHAD JACKSON     CIVIL ACTION NO. 15-cv-1801

VERSUS     JUDGE FOOTE

NETSPEND CORP., ET AL     MAGISTRATE JUDGE HORNSBY

## JUDGMENT

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, no written objections having been filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **dismissed without prejudice** for lack of subject-matter jurisdiction and pursuant to 28 U.S.C. § 1915(e)(2).

THUS DONE AND SIGNED at Shreveport, Louisiana, this the 29th day of ~~December, 2015.~~ February, 2016.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE